ODYSSEY LOGISTICS AND TECH-
NOLOGY CORPORATION,
Plaintiff–Appellant,

v.

David J. KAPPOS, Director, United
States Patent and Trademark
Office, Defendant–Appellee.

No. 2011–1441.

United States Court of Appeals,
Federal Circuit.

Oct. 27, 2011.

ON MOTION

ORDER

Odyssey Logistics and Technology Cor-
poration moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted.
The appeal is dismissed.

(2) Each side shall bear its own costs.